Michael J. McCue (NV Bar # 6055)
MMcCue@LRLaw.com
Jonathan Fountain (NV Bar #10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702)-949-8363

Attorneys for Plaintiff
NDrive Navigation Systems, S.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NDRIVE NAVIGATION SYSTEMS, S.A., a Portuguese corporation,<br><br>Plaintiff,<br>vs.<br><br>BGR GROUP, INC., a Michigan corporation; BRIAN RIEDERER, an individual,<br><br>Defendants. | Case No. 2:11-cv-01377-KJD-CWH<br><br>[PROPOSED] DEFAULT JUDGMENT |

Now before the Court is Plaintiff NDrive Navigation Systems, S.A.'s ("Plaintiff's") Motion For Default Judgment. Having reviewed the motion, the accompanying Declaration Of Kornel Schwarcz In Support Of Plaintiff's Motion For Default Judgment, and the record in this case, and it appearing therefrom that Defendants BGR Group, Inc. and Brian Riederer (the "Defendants") were regularly served with the summons and complaint but have failed to plead or otherwise defend within the time required by the Federal Rules of Civil Procedure; and it further appearing that the Defendants' respective defaults have been entered on the record of this action, judgment is hereby entered in favor of Plaintiff and against the Defendants;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Plaintiff shall have and recover from the Defendants the sum certain of Two Hundred Thirty-three Dollars and Sixty Cents ($233,721.60) plus interest at the statutory rate from the date of this judgment, until paid,

1  together with Plaintiff's costs and disbursements incurred in this action amounting to the sum of
2  Five Hundred Seventy-two Dollars and Forty Cents ($572.40), and that the Plaintiff have
3  execution therefor.

Dated: 4/19/2012

_____
U.S. District Judge